GBK:bb

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 81-527-Cr-CA
18 USC §3150
M/S $5,000 - 5 years

UNITED STATES OF AMERICA )

v. )

JOSE ANTONIO CABRERA-SARMIENTO, )   INDICTMENT

a/k/a JUAN ANTONIO MOLINA )

The Grand Jury charges:

That on or about the 8th day of October, 1981, and on or about the 14th of October, 1981, in the Southern District of Florida, the defendant,

JOSE ANTONIO CABRERA-SARMIENTO
a/k/a JUAN ANTONIO MOLINA,

having previously been indicted on a charge of violating Title 18, United States Code, Section 1542, a felony, and having been admitted to bail pursuant to the provisions of Title 18, United States Code, Section 3146, for appearance before the United States District Court, Southern District of Florida, in the case of United States v. Jose Antonio Cabrera-Sarmiento, a/k/a Juan Antonio Molina, Case Number 80-413-Cr-CA, and having been duly notified through his attorney of record that he was to appear on the 8th day of October, 1981, by virtue of the following Order of this Court:

FILED BY _____
'81 NOV 30 PM 4 56
JOSEPH I BOG...
CLERK US DIST...
SD OF FLA. M...

ORDER

The Court, having read the Government's Motion to Revoke Bond, Require Defendant's Personal Appearance and Remand Defendant to the Custody of the Attorney General Pending Trial and being advised in the premises, the defendant, Jose Antonio Cabrera-Sarmiento a/k/a Juan Antonio Molina, is ordered to appear before this Court for a hearing on this matter at 9:00 a.m. on Thursday, the 8th of October, 1981.

DONE AND ORDERED at Miami, Florida, this 7th day of October, 1981.

/s/ C. Clyde Atkins
UNITED STATES DISTRICT JUDGE,

and having been duly notified through his attorney of record that he was to appear on the 14th day of October, 1981, by virtue of an Order of the United States District Court which states, in pertinent part, the following: WWK

> ORDERED AND ADJUDGED that the defendant appear before the Court on October 14, 1981 at 1:00 P.M. to show cause why bond should not be revoked.
>
> DONE AND ORDERED at Miami, Florida, this 13th day October, 1981.
>
> /s/ C. Clyde Atkins
> UNITED STATES DISTRICT JUDGE,

the defendant,

> JOSE ANTONIO CABRERA-SARMIENTO
> a/k/a JUAN ANTONIO MOLINA,

did wilfully fail to appear as required before the United States District Court, in violation of Title 18, United States Code, Section 3150.

A TRUE BILL

ATLEE W. WAMPLER
UNITED STATES ATTORNEY

Glenn Bruce Kritzer
Assistant United States Attorney

- 2 -

UNITED STATES OF AMERICA )
 )
v. )
 )
JOSE ANTONIO CABRERA-
SARMIENTO )
a/k/a JUAN ANTONIO MOLINA
 )
 )
 )
 )

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 81-527-Cr-CA

ESTIMATED TRIAL TIME

FILED BY_____ DC

'81 NOV 30 PM 4 56

JOSEPH I BOG...
CLERK US DIST...
SD OF FLA...

### CERTIFICATE OF TRIAL ATTORNEY

I do hereby certify:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the indictment/information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 18 U.S.C. §3161.

3. This case will take ___3___ (days) (~~weeks~~) (~~months~~) for the parties to try.

4. (Check the appropriate category)

| | | |
|---|---|---|
| ✓ | I | 0 to less than 3 days |
| ___ | II | 3 to less than 7 days |
| ___ | III | 7 days to less than 3 weeks (15 days) |
| ___ | IV | 3 weeks (15 days) to less than 6 weeks (30 day) |
| ___ | V | 6 weeks to less than 3 months |
| ___ | VI | 3 months to less than 6 months |
| ___ | VII | 6 months or more |

_____
ATTORNEY FOR THE UNITED STATES

GRAND JURY INDICTMENT NO 1834

No. _____

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

MIAMI Division

## THE UNITED STATES OF AMERICA

vs.

JOSE ANTONIO CABRERA-SARMIENTO

a/k/a JUAN ANTONIO MOLINA

## INDICTMENT

18 USC §3150

Filed in open court this _____ day

of _____, A.D. 19___

_____ Clerk.

Bail, $ _____

FORM OBD-34
SEP 1978

GPO 863 525

G. J.