UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 81-527-CR-CA

UNITED STATES OF AMERICA

v

JOSE ANTONIO CABRERA-SARMIENTO
a/k/a JUAN ANTONIO MOLINA

ORDER OF TRANSFER TO CLERK

**F I L E D**

DEC 18 1981

JOSEPH I. BOGART
CLERK, U. S. DIST. CT.
SOUTHERN DIST. OF FLA.
MIAMI, FLA.

The above-styled cause is hereby transferred to the Clerk's suspended file until such time as the fugitive, Jose Antonio Cabrera-Sarmiento is apprehended.

DONE AND ORDERED at Miami, Florida this __10th__ day of __December 1981__, XXXXX.

United States District Judge

**MICROFILMED**

DEC 23 1981

JOSEPH I. BOGART
CLERK, U.S. DIST. CT.
S. D. OF FLA.

| RECD | TO JUDGE |
|------|----------|
| 12-22-81 | M. Cro. |
| BY | 12-23-81 |
|  | # 5 |