

# CRIMINAL DOCKET – U.S. District Court

CAT. 1

| | |
|---|---|
| JUDGE/MAGISTRATE: Assigned | 113C 1 / 3C14 |
| U.S. vs. | CABRERA-SARMIENTO, JOSE ANTONIO a/k/a Juan Antonio Molina |
| Case Filed | 11/30 |
| No. of Def's | *1 |
| Case No. | 81-00527-CR-CA-1 |

☒ FELONY

**U.S. TITLE/SECTION:** 18:3150
**OFFENSES CHARGED:** Bond jumping. Ct. 1
**ORIGINAL COUNTS:** 1

( 80-413-CR-CA )

## II. KEY DATES & INTERVALS

**INDICTMENT X** – Information – 11/30/81

GLENN BRUCE KRITZER



| DATE 1981 | (DOCUMENT NO.) | IV. PROCEEDINGS (continued)     PAGE TWO | | V. EXCLUDABLE DELAY |||||
|---|---|---|---|---|---|---|---|---|
| | | | | Interval Section II (a) | Start Date End Date (b) | Ltr. Code (c) | Total Days (d) | |
| Nov. 30 | 1 | INDICTMENT ret'd at Miami, Fl. | mp | | | | | |
| Dec. 7 | 2 | ORDER(CA): That a warrant to be issue for deft. No bond set. (EOD-M-12/7/81)CCAP | mb | | | | | |
| 7 | 3 | ARR. warrant issued on 12/7/81 no bond set. Copy to file. | mb | | | | | |
| 8 | 4 | LETTER from Glenn Bruce Kritzer to James J. Hogan, Esq., Re: bond jumping indictment. | mg | | | | | |
| 18 | 5 | ORDER(CA): Case transferred to Clerk's suspended file until such time as fugitive is apprehended. (EOD/M-12/23/81)CCAP | mp | | | | | |

This Docket Sheet Has Been Scanned as Docket Entry No. 6

| FINE AND RESTITUTION PAYMENTS |||||| 
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
| | | | | | |