UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 81-CR-527-CA

UNITED STATES OF AMERICA

vs.

JOSE CABRERA-SARMIENTO

Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Southern District of Florida hereby dismisses the Indictment against defendant **JOSE CABRERA-SARMIENTO,** in this case without prejudice for the reason that this case is no longer viable for prosecution.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: July 18, 2022

HON. CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

cc: U.S. Attorney (Lynn Kirkpatrick, AUSA)
U.S. Marshal